349

COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

Asbell CAMPBELL and Iris Campbell, wife,
Appellees.

Court of Appeals of Kentucky.

Nov. 22, 1974.

Jim D. Robinson, General Counsel, Dept. of Highways, Frankfort, Edmond H. Tackett, Pikeville, for appellant.

Ronald G. Polly, Polly & Craft, Whitesburg, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

COMMONWEALTH, DEPT. OF
HIGHWAYS, Appellant,

v.

Joe REYNOLDS and Irene Reynolds,
his wife, Appellees.

Court of Appeals of Kentucky.

Nov. 22, 1974.

Jim D. Robinson, General Counsel, Dept. of Highways, Frankfort, Edmond H. Tackett, Prestonsburg, for appellant.

Ronald G. Polly, Polly & Craft, Whitesburg, for appellees.

Memorandum Opinion PER CURIAM, Reversing.*

COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

Bertha RELAFORD, widow, et al.,
Appellees.

Court of Appeals of Kentucky.

Nov. 22, 1974.

Jim D. Robinson, General Counsel, Department of Highways, Frankfort, Robert L. Woolery, II, Ashland, Lewis D. Jones, Flemingsburg, for appellant.

Stanley R. Hogg, Creech, Hogg & Johnson, Ashland, for appellees.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

Evelyn Rees CURTIS, Appellant,

v.

Frank J. REES, Jr., et al., Appellees.

Court of Appeals of Kentucky.

Nov. 22, 1974.

R. Coleman Endicott, Lexington, for appellant.

Henderson & Boarman, Lexington, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

* Opinion ordered not to be published.